Brewster H. Jamieson, ABA No. 8411122
Benjamin J. Roesch, ABA No. 0605025
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: JamiesonB@lanepowell.com
 RoeschB@lanepowell.com

Attorney for Defendant Smith & Nephew AHP, Inc.,
i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CYNTHIA GREINER HOLMES,<br><br>          Plaintiff,<br><br>v.<br><br>SMITH & NEPHEW AHP, INC.; JOHN DOES I-X,<br><br>          Defendants. | Case No. 3:13-cv-_____-___<br><br>**NOTICE OF REMOVAL** |

TO: The Honorable Judges of the United States District Court for the District of Alaska.

Pursuant to 28 U.S.C. § 1441 *et. seq.*, Defendant Smith & Nephew AHP, Inc. ("AHP") removes the above-captioned action from the Superior Court of Alaska for the Third Judicial District at Anchorage to this Court based on 28 U.S.C. §§ 1332, on the grounds of jurisdiction based on diversity of citizenship, and as authorized by 28 USC §§ 1441 and 1446. The following statement is submitted in accordance with 28 U.S.C. § 1446.

## BACKGROUND

1. On or about August 23, 2013, Plaintiff Cynthia Greiner Holmes filed her Complaint in the Superior Court of Alaska for the Third Judicial District at Anchorage as Case No. 3AN-13-09005 CI. *See* Declaration of Brewster Jamieson in Support of Removal to Federal Court ("Jamieson Decl.") at ¶ 2 and Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(b), this notice of removal is timely, as it is being filed within 30 days after "receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion order or other paper from which it may first be ascertained that the case is one which is or has become removable." Specifically, this notice of removal is being filed within 30 days of AHP's receipt of Plaintiff's Summons and Complaint on September 3, 2013. *See* Jamieson Decl., ¶ 2; Ex. A.

3. This lawsuit pertains to a hip replacement surgery in December 2009. Plaintiff alleges that the surgically implanted device, manufactured by AHP, was defectively designed and manufactured, and did not contain adequate warnings. [Complaint, ¶ 9.] Plaintiff seeks compensatory damages in excess of $100,000, and punitive damages in excess of $100,000. [*See* Complaint, p. 9.]

## STATUTORY REQUIREMENTS

### Diversity of Citizenship

4. Plaintiff alleges that she "was and is a resident of the State of Alaska at all times pertinent hereto." [Complaint, ¶ 1.] Plaintiff is domiciled in Alaska, and is a citizen of the State of Alaska for diversity purposes pursuant to 28 U.S.C. § 1332. Defendant AHP is, and at the time this action was filed was, a corporation duly organized under the laws of the State of Delaware, with its principal place of business located in the state of Tennessee. As such, AHP is a citizen of the States of Delaware and Tennessee for diversity purposes pursuant to 28 U.S.C. § 1332. The citizenship of defendants sued under fictitious names is to be disregarded. 28 U.S.C. § 1441(b)(1). Accordingly, there exists complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332(a)(1), both at the time this action was filed in Superior Court of Alaska for the Third Judicial District at Anchorage, and at the time of the filing of this Notice of Removal.

5. Plaintiff's complaint seeks compensatory damages in excess of $100,000, and punitive damages in excess of $100,000. [Complaint, p. 9.] Thus, the amount in controversy exceeds the jurisdictional minimum of $75,000. 28 U.S.C. § 1332(a).

## OTHER REQUIREMENTS

6. This Court is the United States District Court of the district and division within which Plaintiff's action is pending. *See* 28 U.S.C. § 1441(a).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) and (c).

8. Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with this Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

9. As required by 28 U.S.C. § 1446, true and complete copies of all "process, pleadings, and orders served upon" Defendant AHP in the Superior Court of Alaska for the Third Judicial District at Anchorage, Case No. 3AN-13-9005 CI, or listed in the Superior Court of Alaska for the Third Judicial District at Anchorage's docket, are attached to the Jamieson Decl. as Exhibit A and incorporated herein by reference, and further attached as exhibits to the Verification of Removal, which will be filed within the next week to ensure completeness.

10. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

11. By seeking removal, AHP does not waive, and expressly reserve, all rights, defenses, or objections of any nature that it may have to Plaintiff's claims.

12. A copy of this notice is being concurrently filed in the Superior Court of Alaska for the Third Judicial District at Anchorage and concurrently served upon the Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant AHP now respectfully request that the above action currently pending against it in the Superior Court of Alaska for the Third Judicial District at Anchorage be removed to this Court.

DATED this 1st day of October, 2013.

LANE POWELL LLC
Attorneys for Defendant Smith & Nephew AHP, Inc.

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ABA No. 8411122
    Benjamin J. Roesch, ABA No. 0605025

I certify that on October 1, 2013, a copy of the foregoing was served electronically on:
Philip Paul Weidner, phillipweidner@weidnerjustice.com
  s/ Brewster H. Jamieson

127222.0001/5612961.1

**Notice of Removal**
*Holmes v. Smith & Nephew AHP, Inc., et al.* (Case No. 3:13-cv-_____-___)   Page 3 of 3